JOSHUA A SOUTHWICK (246296)
GIBSON ROBB & LINDH LLP
201 Mission Street, Suite 2700
San Francisco, California 94105
Telephone:  (415) 348-6000
Facsimile:   (415) 348-6001
Email:         jsouthwick@gibsonrobb.com

Attorneys for
ROYAL AND SUN ALLIANCE
INSURANCE PLC a/s/o ALLERGAN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYAL AND SUN ALLIANCE INSURANCE PLC a/s/o ALLERGAN<br><br>Plaintiff(s),<br><br>v.<br><br>KUEHNE + NAGEL (IRELAND) LTD., KUEHNE & NAGEL, INC., MAERSK LINE A/S,<br><br>Defendant(s). | Case No. 2:20-cv-248<br><br>**COMPLAINT**<br><br>Damages in the sum of $605,629 |

Plaintiff's complaint follows:

1. Plaintiff ROYAL AND SUN ALLIANCE INSURANCE PLC ("Plaintiff"), is now, and at all times herein material was, a corporation duly organized and existing by virtue of law. Plaintiff was the cargo insurer of the cargo that is the subject of this action owned by its insured Allergan.

2. Plaintiff is informed and believes, and on the basis of that information and belief alleges that MAERSK LINE A/S, KUEHNE + NAGEL (IRELAND) LTD., and KUEHNE & NAGEL, INC (collectively "Defendants"), are corporations,

and are now and at all times herein material were engaged in business as common carriers, ocean freight forwarders, non-vessel operating common carriers and bailees for hire within the United States and within this judicial district.

3. Plaintiff's complaint contains a cause of action for damage to cargo arising under a statute of the United States, namely the Carriage of Goods by Sea Act, previously codified at 46 U.S.C. § 30701, et. seq. (2006), and is therefore within the jurisdiction of this Court pursuant to 28 U.S.C. § 1331, as more fully appears herein. Venue is proper under 28 U.S.C. § 1391(b)(3).

4. Prior to the loss described herein, Plaintiff issued its policy of insurance to Allergan whereby Plaintiff agreed to be liable for the loss of or damage to certain cargo in transit. On or around April 9, 2019 a cargo insured by plaintiff was delivered damaged in Lewisville, TX. As a result of the loss, Plaintiff was obligated to indemnify Allergan against the loss, and has paid some $605,629 on account of the loss. Plaintiff brings this action as the subrogated insurer of Allergan, the owner of the subject cargo.

## FIRST CAUSE OF ACTION
## (COGSA Liability)

Against Maersk LINE A/S and Kuehne + Nagel, Inc.

5. Plaintiff incorporates paragraphs 1-4 above as if fully set forth herein.

6. Plaintiff is informed and believes, and on the basis of such information and belief alleges that, on or before April 9, 2019, in Westport, Ireland, Defendants Maersk LINE A/S and Kuehne + Nagel, Inc. received 3051 boxes of Allergan "Refresh" eye drops (sterile ophthalmic products) for carriage under Maersk B/L 580653662 and Kuehne + Nagel, Inc. BL BANQBAC0279843 2010-9116-902.099.

7. Defendants agreed under contract(s) of carriage and in return for good and valuable consideration, to carry said cargo from Westport, Ireland to Houston, Texas by ocean-going vessel. The K+N defendants further agreed to dray the cargo on to Lewisville for final delivery. Defendants agreed to deliver said cargo to the

1 lawful holder of the aforementioned bills of lading, and others, in the same good
2 order, condition, and quantity as when received.

3    8.    Thereafter, in breach of and in violation of said agreements, Defendants
4 did not deliver said cargo in the same good order, condition, and quantity as when
5 received. To the contrary, Defendants delivered the cargo damaged by mold, mildew
6 and wetting. These products were sterile saline solution intended for direct
7 application to consumer's eyes. As a result of the wetting and mold damage to the
8 cargo, Allergan and Plaintiff suffered a loss in the amount of $605,629.76.

9    9.    Plaintiff has therefore been damaged in the sum of $605,629.76, or
10 another amount according to proof at trial, no part of which has been paid, despite
11 demand therefor.

## SECOND CAUSE OF ACTION

(Breach of Freight Forwarding Contract against Kuehne + Nagel, Inc. and
Kuehne + Nagel (Ireland) Ltd.)

15    10.    Plaintiff incorporates paragraphs 1-4 above as if fully set forth herein.

16    11.    The cargo shipment set forth herein was also shipped pursuant to the
17 terms and conditions of a certain master forwarding agreement entered into between
18 Allergan and the Kuehne + Nagel defendants. The master forwarding agreement was
19 in force at the time of the shipment and provides for venue in this Court. It further
20 requires the Kuehne + Nagel defendants to indemnify and be liable to Allergan for
21 any loss, damage or expense suffered by Allergan arising from the services
22 governed by the contract.

23    12.    The cargo shipment was damaged while being carried between Ireland
24 and Lewisville pursuant to the contract terms, as more specifically set forth above.
25 Allergan suffered $605,629.76 in damages as a result. However, the Kuehne +
26 Nagel defendants have refused to indemnify Allergan against the subject loss,
27 despite demand therefore. Due to said failure, Allergan submitted its loss to
28 / / /

plaintiff, who indemnified Allergan against the loss and is subrogated to Allergan's rights.

13. Plaintiff has therefore been damaged in the sum of $605,629.76, or another amount according to proof at trial, no part of which has been paid, despite demand therefor.

WHEREFORE, Plaintiff prays that this Court enter judgment in its favor and against Defendant; that this Court decree payment by Defendant to Plaintiff in the sum of $605,629.76, together with prejudgment interest thereon and costs of suit herein; for attorney's fees against the Kuehne + Nagel defendants to the extent allowed by contract, and that Plaintiff have such other and further relief as in law and justice it may be entitled to receive.

Respectfully submitted,

Dated: January 9, 2020            GIBSON ROBB & LINDH LLP

/s/ JOSHUA A. SOUTHWICK
Joshua A. Southwick
jsouthwick@gibsonrobb.com
Attorney for Plaintiff
ROYAL AND SUN ALLIANCE
INSURANCE PLC a/s/o ALLERGAN