Case 2:20-cv-00248-PSG-KS   Document 39   Filed 11/12/20   Page 1 of 2   Page ID #:199

JS-6

FILED
CLERK, U.S. DISTRICT COURT
11/12/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ___gga___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYAL AND SUN ALLIANCE INSURANCE PLC a/s/o ALLERGAN<br><br>Plaintiff(s),<br><br>v.<br><br>KUEHNE + NAGEL (IRELAND) LTD., KUEHNE & NAGEL, INC., MAERSK LINE A/S,<br><br>Defendant(s). | Case No. 2:20-cv-00248-PSG-KS<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41**<br><br>Damages in the sum of $605,629 |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1  The Court, having considered the request of Plaintiff ROYAL AND SUN
2  ALLIANCE INSURANCE PLC a/s/o ALLERGAN and defendants' KUEHNE &
3  NAGEL, INC., MAERSK LINE A/S Stipulation to Dismiss the entire Action with
4  Prejudice, finds good cause exists and grants the request.

5  **IT IS SO ORDERED.**

7  Dated: November 12, 2020

_____
Judge Philip S. Gutierrez

ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUCIDE PURSUANT TO FRCP 41 Case No. 2:20-cv-00248-PSG-KS; Our File No. 5477.71

2